989 So.2d 747 (2008)
Monique COPELAND, Appellant,
v.
Patrick A. BARATTA, LLC, a Florida Limited Liability Company, and Treviso by the Sea Joint Venture LLC, a Florida Limited Liability Company, et. al., Appellees.
No. 4D08-1311.
District Court of Appeal of Florida, Fourth District.
September 10, 2008.
Monique Copeland, Pompano Beach, pro se.
John J. Shahady of Adorno & Yoss LLP, Fort Lauderdale, for appellees.
PER CURIAM.
Affirmed. See Blandin v. Bay Porte Condominium Ass'n, Inc., 988 So.2d 666 (Fla. 4th DCA 2008).
KLEIN, HAZOURI and DAMOORGIAN, JJ., concur.